THE FARMERS' LOAN AND TRUST COMPANY, Individually and as Trustee, etc., of HERBERT B. TURNER, Deceased, Appellant, v. ELIZABETH M. TURNER, Individually and as Executrix, etc., of THORNTON FLOYD TURNER, Deceased, and Others, Defendants, Impleaded with JOHN MCCULLOUGH TURNER and Others, Respondents.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Burr, JJ.

CHARLES S. PEABODY and Another, Respondents, v. EDMUND J. LEVINE and Another, Defendants. SHERIFF OF NEW YORK COUNTY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

IREN GOLD, Appellant, v. ALBERT HERSKOVITS and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of JOSEPH MORRIS, Appellant, for an Order Requiring LOUIS H. MOOS, an Attorney, Respondent, to Pay Over Certain Moneys. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LEE ARNOLD, an Infant, by MIA ARNOLD, Her Guardian ad Litem, Respondent, v. CHARLES F. GRIES, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and the motion granted as to items 7 and 15 to extent stated in order. Bill of particulars to be served within ten days. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

DOMENICA DHEMBI, etc., Appellant, v. LEON BLEECKER, Respondent, Impleaded with Another, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion granted with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM H. W. YOUNGS, Plaintiff, v. CLARISSA GOODMAN and Others, Defendants, Impleaded with WALTER G. HERBERT, as Ancillary Administrator, etc., of LOUISE MONTES, Deceased, Respondent, and PHILIP BEROLZHEIMER, Chamberlain of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Burr, J., dissents.

UNITED BAKER WORKERS' UNION, INC., Respondent, v. LOUIS MESSING, Individually and as Treasurer of Local 100 of the BAKERY AND CONFECTIONERY WORKERS INTERNATIONAL UNION OF AMERICA, a Voluntary Association Having More than Seven Members. and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SOL WUNSCH, Respondent, v. EVA PLOTKIN, Appellant.— Order rev rsed, with ten dollars costs and disbursements and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ELLEN BOYLE, Respondent, v. UNITED SALES AND MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.